KENNETH W. HATLEN
(NDOC #1074287)
Ely State Prison
PO Box 1989
Ely, Nevada 89301

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KENNETH W. HATLEN,

    Plaintiff,

vs.

COX, *et al.*,

    Defendants.

Case No. 3:15-cv-00112-RCJ-WGC

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CIVIL ACTION WITH PREJUDICE**

    Plaintiff Kenneth W. Hatlen, *pro se*, hereby files his *Notice of Voluntary Dismissal of Civil Action with Prejudice.*

    Considering that the party-defendants have not filed a responsive pleading, nor otherwise appeared in this civil action, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this *Notice* is sufficient to dismiss this civil action *with prejudice* without a court-order. Accordingly, Plaintiff hereby dismisses his present civil action, and all legal claims attendant thereto, *with prejudice*, Plaintiff to bear his own costs.

    DATED: May 29, 2015.

By: _____
KENNETH W. HATLEN (#1074287)
Plaintiff, *pro se*

ORDER

IT IS HEREBY ORDERED this 5th day of June, 2015.

_____
ROBERT C. JONES

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

1